**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Carlos Victor Passapera Pinott**<br>DOB: 1967; United States Citizen | DOCKET NO.<br>**20-02951MJ**<br><br>MAGISTRATE'S CASE NO. |

Complaint for violations of:  Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II)
Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i)
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)
Title 21, United States Code, Section 846

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

COUNT 1:  On or about August 9, 2020, at or near Why, in the District of Arizona, **Carlos Victor Passapera Pinott** did knowingly and intentionally possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

COUNT 2:  On or about August 9, 2020, at or near Why, in the District of Arizona, **Carlos Victor Passapera Pinott** did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

COUNT 3:  On or about August 9, 2020, at or near Why, in the District of Arizona, **Carlos Victor Passapera Pinott** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

COUNT 4:  From a time unknown and continuing to on or about August 9, 2020, at or near Why, in the District of Arizona, **Carlos Victor Passapera Pinott**, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown, to possess with intent to distribute 5 kilograms or more of cocaine, 1 kilogram or more of heroin, and 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 846.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 9, 2020, at approximately 3:17 A.M., **Carlos Victor Passapera Pinott (PASSAPERA)**, a United States Border Patrol Agent, left his residence in Buckeye, Arizona and drove to the Ajo Border Patrol Station in Why, Arizona.  After leaving the Ajo Station, PASSAPERA drove toward the Lukeville Port of Entry, arriving at approximately 5:28 A.M., before proceeding to the desert west of the port of entry.  PASSAPERA then followed the same route back to the Phoenix area, passing through Why, Arizona.  After arriving in the Phoenix area, PASSAPERA drove to the Phoenix Sky Harbor International Airport and parked his vehicle, a white Ford Explorer, arriving at approximately 9:15 A.M.  Shortly thereafter, Co-conspirator A arrived at the airport and parked next to PASSAPERA.  PASSAPERA then exited the white Ford Explorer, retrieved two duffel bags from his trunk, and placed the duffel bags in Co-conspirator A's vehicle.  PASSAPERA and Co-conspirator A spoke briefly before Co-conspirator A drove away.  After leaving the airport parking lot, Co-conspirator A's vehicle was stopped by law enforcement and searched.  A search of the two duffel bags in Co-conspirator A's vehicle revealed multiple packages and approximately 350,000 pills.

Cont'd on next page

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>RJE<br>AUTHORIZED AUSA *Ryan Ellersick*  Ryan Ellersick  Digitally signed by Ryan Ellersick Date: 2020.08.10 08:56:44 -0700' | SIGNATURE OF COMPLAINANT (official title)<br><br><br>OFFICIAL TITLE<br>Special Agent, FBI |
|---|---|

Sworn to telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslee A. Bowman* | DATE<br>August 10, 2020 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

20-02951MJ

Samples from the packages field tested positive for the characteristics of cocaine, heroin, and fentanyl. The cocaine had a total weight of approximately 21 kilograms, the heroin had a total weight of approximately 1 kilogram, and the fentanyl had a total weight of approximately 1 kilogram. A sample from the pills also field tested positive for the characteristics of fentanyl.

A search warrant executed at PASSAPERA's residence later that same day revealed approximately $329,000 in U.S. currency. A search of PASSAPERA's white Ford Explorer parked outside the residence revealed an additional $40,000 in U.S. currency.