MICHAEL BAILEY
United States Attorney
District of Arizona
GORDON DAVENPORT, III
RYAN J. ELLERSICK
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gordon.davenport.iii@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 20-01706-TUC-JGZ (MSA) |
|---|---|
| Plaintiff, | |
| v. | LIS PENDENS |
| Carlos Victor Passapera Pinott, | As to: |
| Defendant. | 6994 Leo Lane, Lakeside, Arizona |
| | Titled owners: Carlos Victor Passapera and Cynthia Aleece Gonzalez |

NOTICE IS GIVEN that the above-captioned action has been commenced and is now pending; that this action may affect the title to property situated in Navajo County, Arizona known as and located at 6994 Leo Lane, Lakeside, Arizona, with Navajo County Assessor parcel number 212-71-024 more particularly described as:

Lot 24 of Starlight Ridge Estate Unit 1, according to Book 23 of Plats, Page 43, Records of Navajo County, Arizona

titled to Carlos Victor Passapera and Cynthia Aleece Gonzalez, husband and wife, as evidenced by the Warranty Deed, signed on January 21, 2020 and recorded on January 27, 2020 at SEQUENCE #2020-01253, records of the Navajo County Recorder, Holbrook, Arizona.

That this action is to forfeit this property for violations of Title 8, United States Code, Section 1324; Title 18, United States Code, Sections 201 and 371; and Title 21, United States Code, Sections 841 and 846, as against all other persons known or unknown claiming any right, title, estate, lien or interest in said real property including more particularly the interest, if any, of Carlos Victor Passapera Pinott. This property is forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(6); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

Dated: October 1, 2020

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
> *s/ Ryan J. Ellersick*
>
> GORDON DAVENPORT, III
> RYAN J. ELLERSICK
> Assistant U.S. Attorneys