# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-01706-001-TUC-JGZ (MSA) |
| Plaintiff, | **PROTECTIVE ORDER** |
| v. | |
| Carlos Victor Passapera Pinott, | |
| Defendant. | |

The Court having considered the Government's Motion for Protective Order, there being no objection by the defense and good cause having been shown, pursuant to Fed. R. Crim. P. 16(d)(1),

**IT IS ORDERED:**

1. The Government's motion (Doc. 22) is **granted**.

2. Defense counsel shall maintain all discovery material counsel receives from the United States in defense counsel's custody and may scan, reproduce and disclose such information only to the Defendant, defense investigators, agents or experts as necessary for purposes of the defense of this case. Defendant, defense investigators, agents and/or experts receiving such information shall not reproduce or disseminate any discovery materials without further order of the Court and must return any copies of such material to defense counsel at the conclusion of this case.

3. The order resulting from this Motion shall be presented to any individual to whom, under the terms of the order, defense counsel or Defendant discloses the discovery

material.  By accepting any personal identifying information, such persons shall agree to submit to the jurisdiction of the United States District Court for the District of Arizona for the sole purpose of enforcing the terms of the order.

4. With respect to any discovery provided by the United States in this case, said discovery is for use in the defense of this criminal case only and shall be returned to the assigned Assistant U.S. Attorneys upon demand for destruction after the completion of the proceedings, to include any appeal, collateral attack, or other post-conviction proceeding.

5. Nothing in the Court's order requires the United States to provide discovery beyond what is required by Rule 16, Federal Rules of Criminal Procedure, and the Court's discovery orders.

Dated this 7th day of October, 2020.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge