JON M. SANDS
Federal Public Defender
**WALTER I. GONÇALVES, JR.**
Assistant Federal Public Defender
State Bar No. 023659
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone:  (520) 879-7500
*walter_goncalves@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR20-1706-TUC-JGZ (MSA) |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA AND ACKNOWLEDGMENT OF TRIAL DATE AND PLEA DEADLINE** |
| vs. | |
| Carlos Victor Passapera Pinott, | |
| Defendant. | |

The Defendant and Defendant's attorney acknowledge and agree that:

(1)    Defendant's attorney has provided the Defendant a copy of the Indictment;

(2)    Defendant's attorney has explained to the Defendant the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Defendant's constitutional rights;

(3)    Defendant understands there is a right to appear personally at the Arraignment to be advised of the charge(s). Defendant also understands that the execution of this Waiver results in a waiver of the right to appear at the Arraignment;

(4)    Defendant's attorney is authorized to appear at the Arraignment on behalf of the Defendant. Defendant's attorney shall enter a plea of "Not Guilty" at the Arraignment on Defendant's behalf.

1

1  Defendant, having conferred with the attorney of record, waives personal

2 appearance and the reading of the Indictment at Arraignment in this case. Defendant

3 authorizes the entry of a "Not Guilty" plea on behalf of Defendant.

4  Defendant further waives personal notice of the date of trial and acknowledges that

5 the Trial will be on December 1, 2030 at 9:30 a.m. with a Plea Deadline of November 13,

6 2020 by 3:00 p.m. before the paired Magistrate Judge. Defendant understands that the

7 Court's entry of a plea of "Not Guilty" will conclude the Arraignment in this case.

8  Defendant's TRUE NAME is: _____

9         Carlos Victor Passapera Pinott

10

11 DATE: __10/21/20__   _Walter ____ for_

12         Defendant

13

14        Witnessed By:

15

16 DATE: __10/24/20__   _Walter ____

17         Attorney for Defendant

18

19 **INDICATE DEFENDANT'S LANGUAGE**:

20 ☑ ENGLISH

21 ☐ SPANISH

22 ☐ OTHER _____

23

24 **Waiver of Personal Appearance at Arraignment**

25 **And Entry of "Not Guilty" Plea**
 **Page 2**

26

27

28