IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Carlos Victor Passapera Pinott,<br><br>　　　　　Defendant. | CR 20-1706-TUC-JGZ (MSA)<br><br>O R D E R<br>CONTINUING PLEA DEADLINE<br>AND TRIAL |

　　　This case is presently set for trial on December 1, 2020.  The Defendant filed a motion to continue and, for the reasons set forth therein, additional time is required to adequately prepare for trial.  The Government has no objection to a continuance.

　　　 The Court finds that the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial.

　　　This finding is based on the following facts: (a) the President of the United States has declared a national emergency in response to the spread of the COVID 19 virus; (b) the Governor of Arizona has also declared a state of emergency; (c) the Chief Judge of this Court has entered General Orders 20-20 and 20-40 in response to the national emergency; (d) the Court's ability to obtain and screen a fair cross-section of jurors has been impaired by the national emergency; and (e) potential health risks raised by convening a large number of jurors for jury selection, and  by holding daily trial involving counsel and their assistants, court staff, representatives of the Marshal's office, jurors, and the parties, could

distract participants or hurry the trial process in a manner inconsistent with the ends of justice.

**IT IS ORDERED** as follows:

1. The date by which the referred magistrate judge hears the change of plea must be no later than January 15, 2021 by 3:00 p.m.

2. All motions, unless made during a hearing or trial, shall be in writing and shall be made sufficiently in advance of trial to comply with the time periods set forth in LRCiv. 7.2 and any court order and to avoid any delays in the trial. Pretrial motions may be heard before a magistrate judge and a Report and Recommendation will be provided to the district judge assigned to the case.

3. This matter is RESET for trial on **February 2, 2021 at 9:30 a.m. Counsel are to be present at 9:00 a.m.**

4. Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on December 2, 2020 and end on February 2, 2021. Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

5. That any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

6. **Any motion or stipulation to continue the scheduled trial date and change of plea deadline shall be filed with the Clerk of Court no later than 5:00 p.m., Tuesday, January 19, 2021. Alternatively, by that same deadline, if after consultation between government and defense counsel it is determined that a motion to continue the scheduled trial date and change of plea deadline will not be filed, government counsel shall notify the Court by an email to the chambers email address that the case**

///
///
///
///

and counsel are ready to proceed to trial on the scheduled trial date. The notification shall also include the estimated number of trial days needed to complete the trial.

Dated this 23rd day of November, 2020.

_____
Honorable Jennifer G. Zipps
United States District Judge