MICHAEL BAILEY
United States Attorney
District of Arizona
GORDON DAVENPORT, III
RYAN J. ELLERSICK
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gordon.davenport.iii@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 20-01706-TUC-JGZ (MSA) |
|---|---|
| Plaintiff, | |
| v. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| Carlos Victor Passapera Pinott, | |
| Defendant. | |

The United States of America, by and through, Michael Bailey, United States Attorney for the District of Arizona, and Gordon Davenport, III and Ryan J. Ellersick, Assistant United States Attorneys, hereby files the following Bill of Particulars for Forfeiture of Property.

The indictment seeks forfeiture of property pursuant to 18, United States Code, Sections 981(a)(1)(C) and 982(a)(6); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c). The United States hereby gives notice that, in addition to property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property: one 2016 Mercedes-Benz GLC300, VIN WDC0G4KB4GF019623.

///

//

/

Respectfully submitted this 21st day of December, 2020.

                          MICHAEL BAILEY
                          United States Attorney
                          District of Arizona

                          *s/ Ryan J. Ellersick*

                          GORDON DAVENPORT, III
                          RYAN J. ELLERSICK
                          Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 21st day of December, 2020, to:

Walter Gonclaves, Esq.
Angeles Rodriguez-Madera, Esq.
Attorneys for Defendant

2