1  JON M. SANDS
   Federal Public Defender
2  **WALTER I. GONÇALVES, JR.**
   Assistant Federal Public Defender
3  State Bar No. 023659
   407 W. Congress St., Suite 501
4  Tucson, AZ  85701
   Telephone:  (520) 879-7500
5  *walter_goncalves@fd.org*
   Attorney for Defendant
6

7                IN THE UNITED STATES DISTRICT COURT

8                    FOR THE DISTRICT OF ARIZONA

9

10 United States of America,                 CR20-1706-TUC-JGZ (MSA)

                Plaintiff,                   **MOTION TO CONTINUE**
11                                           **TRIAL AND PLEA DEADLINE**

12        vs.                                   (Second Request)

13 Carlos Victor Passapera Pinott

14              Defendant.

15        It is expected that excludable delay under Title 18, United States Code,

16 §3161(h)(7)(A) and (B) (iv) will occur as a result of this motion or an order based thereon.

17        Defendant, Carlos Victor Passapera Pinott, through counsel, requests a **90-day**

18 continuance of the plea deadline set for January 15, 2021 and the trial date of February 2,

19 2021.  This request is made for the following reason(s):

20      1. Undersigned counsel needs additional time to prepare this matter for trial or to
           reach a non-trial disposition agreement with the government.
21

22      2. The ends of justice served by this continuance outweigh the best interests of the
           public and the defendant in a speedy trial, and denial of this request to continue
23         will result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A), (B)(i).

24
        3. Assistant United States Attorney Ryan J. Ellersick has been contacted and does
25         not oppose this request.

26

27 ///

28

                                    1

1    RESPECTFULLY SUBMITTED this 12th day of January, 2021.

2                                                  JON M. SANDS
                                                   Federal Public Defender
3
                                                   */s/ Walter I. Gonçalves, Jr.*
4                                                  WALTER I. GONÇALVES, JR.
                                                   Assistant Federal Public Defender
5

6    Copy of the foregoing has been provided
7    by electronic transmittal via the CM/ECF System:

8    Ryan J. Ellersick
9    Assistant United States Attorney's Office

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28