JON M. SANDS
Federal Public Defender
**WALTER I. GONÇALVES, JR.**
Assistant Federal Public Defender
State Bar No. 023659
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone:  (520) 879-7500
walter_goncalves@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Carlos Victor Passapera Pinott<br><br>Defendant. | CR20-1706-TUC-JGZ (MSA)<br><br>**MOTION TO CONTINUE<br>TRIAL AND PLEA DEADLINE**<br><br>(Third Request) |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) and (B) (iv) will occur as a result of this motion or an order based thereon.

Defendant, Carlos Victor Passapera Pinott, through counsel, requests a **60-day** continuance of the plea deadline set for April 16, 2021 and the trial date of May 4, 2021. This request is made for the following reason(s):

1. Undersigned counsel needs additional time to prepare this matter for trial or to reach a non-trial disposition agreement with the government.

2. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A), (B)(i).

3. Assistant United States Attorney Ryan J. Ellersick has been contacted and does not oppose this request.

///

1    RESPECTFULLY SUBMITTED this 13th day of April, 2021.

JON M. SANDS
Federal Public Defender

*/s/ Walter I. Gonçalves, Jr.*
WALTER I. GONÇALVES, JR.
Assistant Federal Public Defender

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Ryan J. Ellersick
Assistant United States Attorney's Office