PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
GORDON DAVENPORT, III
RYAN J. ELLERSICK
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gordon.davenport.iii@usdoj.gov
Email: ryan.ellersick@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Carlos Victor Passapera Pinott,<br><br>　　　　　Defendant. | CR 20-01706-TUC-JGZ (MSA)<br><br>GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE |

　　　　The United States of America hereby gives notice that on April 8, 2021, the Federal Bureau of Investigation administratively forfeited $311,100 in U.S. currency, $39,980 in U.S. currency, $330,444 in U.S. currency, one 2013 Mini Cooper, VIN WMWSX3C57DT466717, and one diamond ring, which were included in the forfeiture allegation of the defendant's Indictment.

　　　　Therefore, the government will not pursue the criminal forfeiture against the assets listed in this notice.

　　　　DATED this 20th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　PAUL ANTHONY MARTIN
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　　*s/ Ryan J. Ellersick*

　　　　　　　　　　　　　　　　　　　　RYAN J. ELLERSICK
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Copy of the foregoing served electronically or by other means this 20th day of April, 2021, to:

Walter Gonclaves, Esq.
Angeles Rodriguez-Madera, Esq.
Attorneys for Defendant