IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Carlos Victor Passapera Pinott,<br><br>　　　　Defendant. | No. CR-20-01706-JGZ-MSA-01<br><br>**ORDER** |

This matter having been referred for a pretrial status conference pursuant to FED.R.CRIM.P.50 and LRCIV. 7.2(a) and LRCRIM.12.1, Rules of Practice of the U.S. District Court for the District of Arizona,

**IT IS ORDERED** that

- A Pretrial Status Conference is set for May 4, 2021, at 2:50 p.m., before U.S. Magistrate Judge Maria S. Aguilera, Courtroom 5E;
- This will be an attorney-only hearing; should defense counsel wish their client's presence, they are to notify chambers one week before the scheduled status conference and the matter will be rescheduled for video conference;
- All assigned attorneys shall appear, in person or telephonically; and
- Attorneys are expected to meet and confer in good faith before the conference and should be prepared to discuss the following: whether the parties anticipate filing another continuance and if so, why; whether there are any discovery disputes; whether pretrial motions will be filed; the likelihood of a non-trial disposition; and any additional issues a party wishes to address.

Dated this 27th day of April, 2021.

　　　　　　　　　　　　　　　　　　　*Maria S. Aguilera*
　　　　　　　　　　　　　　　　　　　Honorable Maria S. Aguilera
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge