JON M. SANDS
Federal Public Defender
**WALTER I. GONÇALVES, JR.**
Assistant Federal Public Defender
State Bar No. 023659
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone:  (520) 879-7500
walter_goncalves@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Carlos Victor Passapera Pinott,<br><br>    Defendant. | CR20-1706-TUC-JGZ (MSA)<br><br>MOTION TO CONTINUE PRETRIAL DEADLINE DATES<br><br>(Fourth Request) |

Defendant, Carlos Victor Passapera Pinott, through counsel, requests a 45-day continuance of the discovery/disclosure/notice/request set for May 4, 2021 and pretrial motions deadline set for May 18, 2021, based upon:

1. Undersigned counsel needs additional time to prepare this matter for trial or to reach a non-trial disposition agreement with the government.

2. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A), (B)(i).

3. Assistant United States Attorney Ryan J. Ellersick has been contacted and does not oppose this request.

///

SUBMITTED: May 4, 2020.

JON M. SANDS
Federal Public Defender

*/s/Walter I. Goncalves, Jr.*
WALTER I GONCALVES, JR.
Assistant Federal Public Defender