## MAGISTRATE JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. Magistrate Judge:** Maria S. Aguilera | **Date:** May 11, 2021 |
| **USA v. Carlos Victor Passapera Pinott** | **Case Number:** CR-20-01706-001-TUC-JGZ (MSA) |

**Assistant U.S. Attorney:** Ryan Jeffrey Ellersick, telephonic
**Attorney for Defendant:** **Walter Ivan Goncalves telephonic**, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ **Present via VTC**  ☒ **Custody**

**PRETRIAL STATUS HEARING:**

Defendant has consented to appear via VTC. Due to the public health pandemic, the Court has granted counsels' request to appear telephonically this date.

The Court notes this matter has been set at the request of District Judge Zipps following the filing of a Third Motion to Continue Trial. This matter was filed on August 10, 2020. Trial is set for July 7, 2021 at 9:30 a.m. before District Judge Zipps; Plea deadline is June 18, 2021 by 3:00 p.m. before this Court.

Defense counsel states all discovery has been received and there are no disclosure issues. Defense counsel is optimistic this case will be resolved in a non-trial disposition; however, negotiations are ongoing and there are a few items Defense counsel is requesting be amended in the extended Plea Agreement.

Counsel state the reason this matter has not been resolved is due to quarantine issues and the ability for Defense counsel to meet with personally with Defendant; therefore, the Government states the Plea Agreement has no hard headline or expiration date.  Defense counsel is expected to personally meet with Defendant at least once a week, commencing this Thursday, May 13, 2021.

Counsel will attempt to resolve this matter by the current plea deadline; however, due to the extensive disclosure in this case, there may be an additional Motion to Continue Trial filed.  The Court affirms the current dates as previously set.


**Recorded By** Courtsmart
**Deputy Clerk** Cynthia Espinoza

**Pretrial Status**
**Conference: 08 min**

**Start:  9:07 AM**
**Stop:   9:15 AM**