Law Office of
**HERNANDEZ & HAMILTON, PC**
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
CLAY HERNANDEZ (AZ010917)
Email: *Clay@Hernandez-Hamilton.com*
Telephone: (520) 882-8823
Fax: (520) 882-8414
Attorney for Defendant Passapera Pinott

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Carlos Victor Passapera Pinott,<br>　　　　　　　Defendant. | No. CR20-01706-001-TUC-JGZ(MSA)<br><br>***UNOPPOSED* MOTION TO CONTINUE TRIAL DATE AND EXTEND PLEA DEADLINE AND ALL CORRESPONDING DEADLINES**<br><br>**(Defendant is in Custody)** |

It is expected that excludable delay under Title 18, U.S.C. § 3161 (h)(1)(f), will occur as a result of this motion or an order based thereupon.

The defendant, Carlos Victor Passapera Pinott, by and through counsel undersigned, hereby moves to continue the trial, presently set to commence on October 3, 2022, as well as the plea deadline, presently set for September 16, 2022, and all corresponding deadlines set in the pretrial scheduling order (Doc. 75). This request is made for the following reasons:

(1) Counsel undersigned is still investigating and gathering exculpatory evidence in this case and needs additional time to properly develop and

advance this evidence for potential motions and/or trial.  A continuance of the trial for exculpatory evidence purposes serves the ends of justice and a denial of this motion would therefore result in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(B)(I)

(2) Counsel undersigned needs additional time to complete reviewing over 10,000 pages of disclosure with his client.  Mr. Passapera Pinott had never reviewed his disclosure with his prior attorney.

(3) The parties continue to pursue a non-trial resolution, but additional time is needed to reach a resolution.

(4) Counsel undersigned has contacted Gordon E. Davenport, III, Assistant United States Attorney, who stated he has no objection to this request or an order based thereupon.

(5) This request is made in the interests of justice and is not made for the purpose of undue delay or prejudice to any party.  A denial of this request will result in a miscarriage of justice.

For the above-stated reasons, the defendant asks that this Court continue this matter for a period of 6 months or request that a status conference be scheduled to discuss this request.

RESPECTFULLY SUBMITTED this 26th day of July, 2022.

Law Office of
**HERNANDEZ & HAMILTON, PC**

 *s/Clay Hernandez*
CLAY HERNANDEZ
Attorney for Defendant

# **CERTIFICATE OF SERVICE**

I, Veronica Bravo, do hereby certify that on this 26th day of July, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to the following recipients:

The Honorable Jennifer G. Zipps
United States District Court

Gordon E. Davenport, III, Assistant
United States Attorney's Office

Clay Hernandez
Attorney for Defendant Passapera Pinott

By s/*Veronica Bravo*
   VERONICA BRAVO