Law Office of
**HERNANDEZ & HAMILTON, PC**
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
CLAY HERNANDEZ (AZ010917)
Email: Clay@Hernandez-Hamilton.com
Telephone: (520) 882-8823
Fax: (520) 882-8414
Attorney for Defendant Passapera Pinott

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Carlos Victor Passapera Pinott,<br>　　　　　　　Defendant. | No. CR20-01706-001-TUC-JGZ(MSA)<br><br>**MOTION ALLOWING COUNSEL TO WAIVE THE DEFENDANT'S PRESENCE AND REQUEST NOT TO BE TRANSPORTED FOR A STATUS CONFERENCE**<br><br>**(Defendant is in Custody)** |

It is expected that excludable delay under Title 18, U.S.C. § 3161 (h)(1)(f), will occur as a result of this motion or an order based thereupon.

The defendant, through his attorney, hereby moves this Court to allow his presence to be waived by counsel undersigned and request that he not be transported to appear for the status conference, presently set for March 7, 2023, at 11:30 a.m.  The defendant has the right to request not to be transported and ask that his presence be waived for the scheduled status conference.  The transporting of the defendant from CAFCC-Florence to the DeConcini Courthouse is inconvenient and physically difficult.  Counsel undersigned has contacted Mr. Gordon

Davenport, Assistant United States Attorney, and he indicated that the government *does* object to this motion, or an order based thereupon, and requests that the defendant be transported for this hearing.

In the event that the Court denies said request, defendant requests that he be allowed to appear virtually for the status conference.

For the above-stated reasons, counsel undersigned respectfully moves to waive defendant Passapera Pinott's appearance and request that he not be transported from CAFCC-Florence to the DeConcini Courthouse for the status conference, presently set for March 7, 2023.

RESPECTFULLY SUBMITTED this 28th day of February, 2023.

    Law Office of
    **HERNANDEZ & HAMILTON, PC**


    <u>s/Clay Hernandez</u>
    CLAY HERNANDEZ
    Attorney for Defendant

# CERTIFICATE OF SERVICE

I, Julie Padilla, do hereby certify that on this 28th day of February, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to the following recipients:

The Honorable Jennifer G. Zipps
United States District Court

Gordon E. Davenport, III, Assistant
United States Attorney's Office

Clay Hernandez
Attorney for Defendant Passapera Pinott

By s/*Julie Padilla*
    JULIE PADILLA